UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CINDY MALONEY, Derivatively on Behalf of CURO GROUP HOLDINGS CORP. and as Executrix of Estate of Melvyn Klein,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DONALD F. GAYHARDT, CHRIS MASTO, DOUG RIPPEL, DALE E. WILLIAMS, DAVID M. KIRCHHEIMER, MIKE MCKNIGHT, ELIZABETH WEBSTER, CHAD FAULKNER, ANDREW FRAWLEY, GILLIAN VAN SCHAICK, KAREN WINTERHOF, WILLIAM BAKER, AND ROGER W. DEAN,<br><br>　　　　　　Defendants,<br><br>　and<br><br>CURO GROUP HOLDINGS CORP.,<br><br>　　　　　　Nominal Defendant | Case No. 2:21-cv-02308-KHV-TJJ |

*Additional Caption on Next Page*

| | |
|---|---|
| PATRICK AYERS AND JOHN WATT, Derivatively on Behalf of CURO GROUP HOLDINGS CORP., <br><br>　　　　　　　　Plaintiff, <br><br>　　v. <br><br>CHAD FAULKNER, ANDREW FRAWLEY, DON GAYHARDT, DAVID M. KIRCHHEIMER, CHRIS MASTO, MIKE MCKNIGHT, DOUG RIPPEL, DALE E. WILLIAMS, KAREN WINTERHOF, WILLIAM BAKER, ROGER W. DEAN, FRIEDMAN FLEISCHER & LOWE CAPITAL PARTNERS II, L.P., FFL EXECUTIVE PARTNERS II, L.P., AND FFL PARALLEL FUND II, L.P., <br><br>　　　　　　　　Defendants, <br><br>　　and <br><br>CURO GROUP HOLDINGS CORP., <br><br>　　　　　　　　Nominal Defendant. | Case No. 2:21-cv-02311-KHV-TJJ |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF DERIVATIVE SETTLEMENT AND MOTION FOR AN AWARD
OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

Plaintiffs Cindy Maloney, Patrick Ayers, and John Watt (collectively, the "Plaintiffs"), derivatively on behalf of CURO Group Holdings Corp. ("CURO" or the "Company")[1], pursuant to Federal Rule of Civil Procedure 23.1, and based upon the Amended Stipulation and Agreement of Settlement, dated June 24, 2022 (ECF No. 35-1) (the "Amended Stipulation"); the accompanying Memorandum of Law in support of this Motion; and all other papers and

---

[1] All capitalized terms used herein that are not otherwise defined herein have the same meanings ascribed to them in the Amended Stipulation. ECF No. 35-1.

proceedings herein, hereby respectfully move this Court, the Honorable Kathryn H. Vratil, the United States District Court for the District of Kansas, 500 State Avenue, Suite 529, Kansas City, KS 66101, for a final Order approving the settlement set forth in the Amended Stipulation filed contemporaneously herewith. The parties' agreed-upon form of [Proposed] Order and Final Judgment, attached as Exhibit D to the Amended Stipulation, is submitted herewith.

Specifically, Plaintiffs respectfully request that the Court enter the Order and Final Judgment: (i) granting final approval of the Settlement; and (ii) granting approval of the Fee Award to Plaintiffs' Counsel and incentive award to Plaintiffs. In accordance with the terms of the Stipulation, Defendants and CURO do not oppose Plaintiffs' motion for final approval of the Settlement.

Dated: September 29, 2022

By: */s/ Earl Wayne Taff*
Earl Wayne Taff, USDC No. 70588
**LAW OFFICES OF E. WAYNE TAFF**
3401 N. Perrin Road
Independence, Missouri 64058
Telephone: 816-786-5083
Facsimile: 877-518-1942
Email: ewt@tafflawfirm.com

*Liaison Counsel for Plaintiffs*

Thomas J. McKenna
**GAINEY McKENNA & EGLESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com

*Counsel for Plaintiff Cindy Maloney*

[*signatures continued on following page*]

Herbert W. Mondros
**RIGRODSKY LAW P.A.**
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
(302) 295-5304
Email: hwm@rl-legal.com

*Counsel for Plaintiff Patrick Ayers*

Rusty E. Glenn
**SHUMAN, GLENN & STECKER**
600 17th Street, Suite 2800
South Denver, CO 80202
Telephone: (303) 861-3003
Email: rusty@shumanlawfirm.com

*Counsel for Plaintiff John Watt*

- 5 -

## CERTIFICATION OF COUNSEL

The undersigned counsel for the Parties certify that the instant motion for final approval of derivative settlement and fee award before the Court is uncontested. So certified, this 29th day of September, 2022.

By: /s/ Earl Wayne Taff
Earl Wayne Taff, USDC No. 70588
**LAW OFFICES OF E. WAYNE TAFF**
3401 N. Perrin Road
Independence, Missouri 64058
Telephone: 816-786-5083
Facsimile: 877-518-1942
Email: ewt@tafflawfirm.com

*Liaison Counsel for Plaintiffs*

Thomas J. McKenna
**GAINEY McKENNA & EGLESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com

*Counsel for Plaintiff Cindy Maloney*

Herbert W. Mondros
**RIGRODSKY LAW P.A.**
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
(302) 295-5304
Email: hwm@rl-legal.com

*Counsel for Plaintiff Patrick Ayers*

Rusty E. Glenn
**SHUMAN, GLENN & STECKER**
600 17th Street, Suite 2800
South Denver, CO 80202
Telephone: (303) 861-3003
Email: rusty@shumanlawfirm.com

*Counsel for Plaintiff John Watt*

## CERTIFICATION OF SERVICE

The undersigned counsel certifies that on this day Plaintiffs' motion for final approval of derivative settlement and fee award was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send email notification to all counsel of record who have appeared in this matter. So certified, this 29th day of September, 2022.

By: */s/ Earl Wayne Taff*
Earl Wayne Taff, USDC No. 70588
**LAW OFFICES OF E. WAYNE TAFF**
3401 N. Perrin Road
Independence, Missouri 64058
Telephone: 816-786-5083
Email: ewt@tafflawfirm.com

*Liaison Counsel for Plaintiffs*

Thomas J. McKenna
**GAINEY McKENNA & EGLESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com

*Counsel for Plaintiff Cindy Maloney*

Herbert W. Mondros
**RIGRODSKY LAW P.A.**
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
(302) 295-5304
Email: hwm@rl-legal.com

*Counsel for Plaintiff Patrick Ayers*

Rusty E. Glenn
**SHUMAN, GLENN & STECKER**
600 17th Street, Suite 2800
South Denver, CO 80202
Telephone: (303) 861-3003
Email: rusty@shumanlawfirm.com

*Counsel for Plaintiff John Watt*