## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| CINDY MALONEY, Derivatively on Behalf of CURO GROUP HOLDINGS CORP. and as Executrix of Estate of Melvyn Klein,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD F. GAYHARDT, CHRIS MASTO, DOUG RIPPEL, DALE E. WILLIAMS, DAVID M. KIRCHHEIMER, MIKE MCKNIGHT, ELIZABETH WEBSTER, CHAD FAULKNER, ANDREW FRAWLEY, GILLIAN VAN SCHAICK, KAREN WINTERHOF, WILLIAM BAKER, AND ROGER W. DEAN,<br><br>        Defendants,<br><br>    and<br><br>CURO GROUP HOLDINGS CORP.,<br><br>        Nominal Defendant | Case No. 2:21-cv-02308-KHV-TJJ |

*Additional Caption on Next Page*

PATRICK AYERS AND JOHN WATT,
Derivatively on Behalf of CURO GROUP
HOLDINGS CORP.,

           Plaintiff,

      v.

CHAD FAULKNER, ANDREW FRAWLEY,
DON GAYHARDT, DAVID M.
KIRCHHEIMER, CHRIS MASTO, MIKE
MCKNIGHT, DOUG RIPPEL, DALE E.
WILLIAMS, KAREN WINTERHOF,
WILLIAM BAKER, ROGER W. DEAN,
FRIEDMAN FLEISCHER & LOWE
CAPITAL PARTNERS II, L.P., FFL
EXECUTIVE PARTNERS II, L.P., AND FFL
PARALLEL FUND II, L.P.,

           Defendants,

     and

CURO GROUP HOLDINGS CORP.,

           Nominal Defendant.

Case No. 2:21-cv-02311-KHV-TJJ

## ORDER GRANTING UNOPPOSED MOTION AND FINAL JUDGMENT

This matter came before the Court for hearing on October 27, 2022, to consider approval of the proposed settlement ("Settlement") set forth in the Amended Stipulation of Settlement dated June 24, 2022, and the exhibits thereto (the "Amended Stipulation"). The Court has reviewed and considered all documents, evidence, objections (if any), and arguments presented in support of or against the Settlement. Good cause appearing therefore, the Court enters this Order and Final Judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Unless otherwise stated herein, all capitalized terms contained in this Judgment shall have the same meaning and effect as stated in the Amended Stipulation.

This Court has jurisdiction over the subject matter of the Related Derivative Actions and over the Settling Parties to the Related Derivative Actions.

This Court hereby approves the Settlement set forth in the Amended Stipulation and finds that the Settlement is, in all respects, fair, reasonable, and adequate to each of the Settling Parties, CURO Group Holdings Corp. ("CURO"), and Current CURO Shareholders, and hereby finally approves the Settlement in all respects and directs the Settling Parties to perform the terms of the Settlement as set forth in the Stipulation.

This Court hereby dismisses the Related Derivative Actions with prejudice and without costs to the Settling Parties, except as otherwise provided below.

Upon the Effective Date, Plaintiffs (individually and derivatively on behalf of CURO), CURO, any other Current CURO Shareholders on behalf of CURO, and Plaintiffs' Counsel shall be deemed to have fully, finally, and forever released, relinquished, and discharged all Released Claims (including Unknown Claims) against the Released Persons.

Upon the Effective Date hereof, the Settling Parties and each of CURO's shareholders (solely in their capacity as CURO shareholders) are barred and enjoined from commencing, prosecuting, instigating, or in any way participating in the commencement or prosecution of any action asserting any Released Claims against any of the Released Persons as set forth in and in accordance with the terms of the Amended Stipulation.  Nothing herein shall in any way impair or restrict the rights of any Settling Party to enforce the terms of the Amended Stipulation.

Upon the Effective Date, each of the Released Persons shall be deemed to have fully, finally, and forever released, relinquished, and discharged Plaintiffs and Plaintiffs' Counsel from any and all Defendants' Released Claims. Nothing herein shall in any way impair or restrict the rights of any Settling Party to enforce the terms of the Amended Stipulation.

The Court finds that the Notice to Current CURO Shareholders of (I) Pendency and Proposed Settlement of Shareholder Derivative Actions; (II) Settlement Hearing; and (III) Unopposed Motion for an Award of Attorneys' Fees and Expenses (the "Notice") was given in accordance with the Preliminary Approval and Scheduling Order entered on July 19, 2022, and that such Notice was reasonable, constituted the most practicable notice under the circumstances to Current CURO Shareholders, complied with the requirements of federal law and due process, and constituted due and sufficient notice of the matters set forth therein.

The Court hereby approves the Fee Award, finds that such fee is fair and reasonable, and directs payment of the Fee Award in accordance with the terms of the Stipulation.

The Court hereby approves the reasonable service awards, which shall be funded from the Fee Award, finds that such reasonable service awards are fair and reasonable, and directs payment of the reasonable service awards in accordance with the terms of the Amended Stipulation.

Neither the Amended Stipulation nor the Settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Amended Stipulation or the Settlement, is or may be deemed to be or may be used as: (a) an admission or concession of, or evidence of, the validity of any Released Claim or any fault, wrongdoing, or liability of the Defendants; (b) an admission or concession by Plaintiffs or any CURO shareholder of any infirmity in the claims asserted in the Complaints; or (c) an admission or concession of, or evidence of, any fault, wrongdoing, or liability of any of the Released Persons in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal. The Released Persons may file the Amended Stipulation and/or this Judgment in any action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, equitable estoppel, judicial estoppel, release, good-faith settlement, judgment

bar or reduction, or any theory of claim preclusion or issue preclusion or similar defense or counterclaim, and any of the Settling Parties may file the Amended Stipulation and documents executed pursuant, and in furtherance thereof in any action to enforce the Settlement.

IT IS SO ORDERED.

DATED: October 27, 2022

s/ Kathryn H. Vratil

HONORABLE KATHRYN H. VRATIL
UNITED STATES DISTRICT JUDGE